Case No. 1:24-cv-20283-PCH

HOWARD MICHAEL CAPLAN,

    Plaintiff,

    vs.

DOUG'S AUTOMOTIVE REPAIR SERVICE, INC., a Florida Profit Corporation and MSS TRUST ASSOCIATES, LLC, a Florida Limited Liability Company,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, DOUG'S AUTOMOTIVE REPAIR SERVICE, INC. and MSS TRUST ASSOCIATES, LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Rene Gonzalez-LLorens*
Rene Gonzalez-LLorens, Esq.
Florida Bar No. 53790
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 347-7337
Facsimile: (305) 347-7837
Email: rllorens@shutts.com
Attorney for Defendant, DOUG'S AUTOMOTIVE REPAIR SERVICE, INC.

By: *Robert M. Stein*
Robert M. Stein, Esq.
Florida Bar No. 93936
Shay B. Cohen, Esq.
Florida Bar No. 111427
RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.
Miami Tower, Suite 2900
100 S.E. Second Street
Miami, Florida 33131
Telephone (305) 577-4177
Email: servicerobertstein@rvmrlaw.com; serviceshaycohen@rvmrlaw.com
Attorneys for Defendant, MSS TRUST ASSOCIATES, LLC

Case No. 1:24-cv-20283-PCH

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

DOUG'S AUTOMOTIVE REPAIR SERVICE, INC., a Florida Profit Corporation and MSS TRUST ASSOCIATES, LLC, a Florida Limited Liability Company

      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 14, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff