**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-20283-PCH**

**HOWARD MICHAEL CAPLAN**,

      Plaintiff,

vs.

**DOUG'S AUTOMOTIVE REPAIR SERVICE, INC.,** and **MSS TRUST ASSOCIATES, LLC**,

      Defendants.



_____/

## <u>ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE</u>

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 37], which was filed on May 14, 2024.  The Court has reviewed the Stipulation and is otherwise duly advised.  Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**.  All pending motions in this civil action are thus **DENIED as MOOT**.  And the clerk is directed to **CLOSE** this case. All parties shall bear their own attorney's fees and costs, except as otherwise agreed to by the Parties in the Confidential Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida on May 20, 2024.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record